JOSEPH GERBER, APPELLANT, v. ARROW CONSTRUCTION CO., RESPONDENT.

Argued October 19, 1938—Decided January 13, 1939.

For the appellant, *Schotland & Schotland.*

For the respondent, *Kellogg & Chance.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, CASE, DONGES, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, WALKER, JJ. 12.

*For reversal*—None.